FILED
December 23, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>DEBORAH FRANCES LAUGHLIN,<br><br>        Defendant. | Case No. 2:19-CR-00229-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DEBORAH FRANCES LAUGHLIN</u>, Case No. <u>2:19-CR-00229-WBS</u>, Charge <u>18 USC § 1040.F</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

           __    Unsecured Appearance Bond

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

    ✔    (Other)    <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 23, 2019</u> at <u>2:20</u> pm..

           By   <u>/s/ Deborah Barnes</u>
                 Deborah Barnes
                 United States Magistrate Judge