HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Timothy_zindel@fd.org

Attorney for Defendant
DEBORAH FRANCES LAUGHLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00229-WBS |
|---|---|
| Plaintiff, | ) DESIGNATION OF COUNSEL |
| vs. | ) |
| DEBORAH FRANCES LAUGHLIN, | ) |
| Defendant. | ) |

The Federal Defender's Office requests that attorney Rachelle Barbour be removed as counsel of record from the service list of actions in the above-reference case. Assistant Federal Defender Timothy Zindel should be listed as counsel.

    Timothy Zindel
    Assistant Federal Defender
    801 I Street, 3rd Floor
    Sacramento, CA 95814
    Timothy_zindel@fd.org


DATED: January 3, 2020          Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Timothy Zindel*
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DEBORAH FRANCES LAUGHLIN

Designation of Counsel