| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | SHELLEY D. WEGER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

MCGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-229 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| DEBORAH FRANCES LAUGHLIN,<br>  aka Deborah Frances Isgrigg,<br>  aka Deborah Frances Hunt,<br>  aka Debbie Frances Evans,<br>  aka Deborah Frances Thompson, | DATE: March 2, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 2, 2020.

2. By this stipulation, defendant now moves to continue the status conference until May 4, 2020 at 9:00 a.m., and to exclude time between March 2, 2020, and May 4, 2020 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defense counsel requires additional time to meet and consult with his client in order to review the evidence and discuss potential resolutions, and if necessary, to prepare for

trial. Defense counsel represents that meetings with his client require defense counsel to travel to Oroville, California, and thus, require advance scheduling. Defense counsel anticipates that he will still need to make at least two separate trips to meet and confer with his client. To date, counsel's ability to meet and consult with his client has been complicated by a family emergency of defense counsel and the defendant's medical needs. Further, between now and May 4, 2020, defense counsel has three weeks of pre-scheduled leave.

   b) In addition, counsel for the government is in the process of obtaining additional information and supporting documentation to provide to defense counsel concerning the loss amount associated with housing that FEMA is providing to the defendant as a result of the false statement charged in the Indictment.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 2, 2020 to May 4, 2020 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   **THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 27, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: February 27, 2020

/s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
DEBORAH LAUGHLIN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE