McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-229 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DEBORAH FRANCES LAUGHLIN,<br>  aka Deborah Frances Isgrigg,<br>  aka Deborah Frances Hunt,<br>  aka Debbie Frances Evans,<br>  aka Deborah Frances Thompson, | DATE: May 4, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 4, 2020.

2. By this stipulation, defendant now moves to continue the status conference until June 29, 2020, and to exclude time between May 4, 2020, and June 29, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes approximately 440 pages of Bates labeled documents and generally consists of FEMA records, investigative reports, and subpoenaed documents, as well as audio recordings of statements made by the defendant. All of

this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     The government anticipates producing additional discovery concerning the costs associated with a manufactured home FEMA provided to the defendant in the coming week once the parties obtain a protective order.

      c)     Defense counsel desires additional time to meet with his client in person to further review discovery and confer about potential resolutions; to review the additional discovery that will be provided by the government and to conduct any necessary defense investigation into the loss amount; and to otherwise prepare for trial.  Defense counsel represents that additional time is necessary to consult with his client in person because meetings with his client require defense counsel to travel to Oroville, California, and thus, require advance scheduling, and due to the COVID-19 pandemic and the need for social distancing, these interactions require more time to complete.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 4, 2020 to June 29, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 28, 2020                              McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ SHELLEY D. WEGER
                                                    SHELLEY D. WEGER
                                                    Assistant United States Attorney


Dated:  April 28, 2020                              /s/ TIMOTHY ZINDEL
                                                    TIMOTHY ZINDEL
                                                    Counsel for Defendant
                                                    DEBORAH LAUGHLIN


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE