```
McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEBORAH FRANCES LAUGHLIN,<br>  aka Deborah Frances Isgrigg,<br>  aka Deborah Frances Hunt,<br>  aka Debbie Frances Evans,<br>  aka Deborah Frances Thompson,<br><br>  Defendant. | CASE NO. 19-CR-00229 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 5, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 5, 2020.

2. By this stipulation, defendant now moves to continue the status conference until November 16, 2020 at 9:00 a.m., and to exclude time between October 5, 2020, and November 16, 2020 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, FEMA records, and documents obtained from third parties totaling

over approximately 600 pages of Bates labeled documents, as well as audio recordings of statements made by the defendant.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Some of this discovery is subject to a protective order, and therefore, can only be reviewed by defendant in the presence of a member of the defense team.

      b)     Counsel for defendant desires additional time to meet and consult with his client, to review evidence with his client in person, and to discuss potential resolutions.  Defense counsel represents that defendant has been largely unavailable to meet regarding her case since the last request for a continuance approximately one month ago, because she was hospitalized for seven days, and was twice evacuated to a shelter due to recent fires in Northern California.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 5, 2020 to November 16, 2020 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 29, 2020          McGREGOR W. SCOTT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  September 29, 2020          /s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
Deborah Frances Laughlin

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  September 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE