```
1  MCGREGOR W. SCOTT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00229 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DEBORAH FRANCES LAUGHLIN,<br>    aka Deborah Frances Isgrigg,<br>    aka Deborah Frances Hunt,<br>    aka Debbie Frances Evans,<br>    aka Deborah Frances Thompson, | DATE: November 16, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 16, 2020.

2. By this stipulation, defendant now moves to continue the status conference until November 30, 2020 at 9:00 a.m., and to exclude time between November 16, 2020, and November 30, 2020 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, FEMA records, and documents obtained from third parties totaling

over approximately 600 pages of Bates labeled documents, as well as audio recordings of statements made by the defendant.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Some of this discovery is subject to a protective order, and therefore, can only be reviewed by defendant in the presence of a member of the defense team.

  b) Counsel for defendant desires additional time to meet and consult with his client, to review evidence with his client in person, and to discuss potential resolutions.  Since the last request for a continuance, defense counsel has consulted with his client several times but seeks additional time to further review of the discovery, to consult with his client, to afford Ms. Laughlin time to consider her choices for resolution, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2020 to November 30, 2020 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 12, 2020　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  November 12, 2020　　　　　　　　/s/ TIMOTHY ZINDEL
　　　　　　　　　　　　　　　　　　　　TIMOTHY ZINDEL
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　Deborah Frances Laughlin


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  November 12, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE