PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH FRANCES LAUGHLIN,<br><br>Defendant. | CASE NO. 2:19-CR-00229 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 15, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 15, 2021.

2. By this stipulation, defendant now moves to continue the status conference until May 10, 2021 at 9:00 a.m., and to exclude time between March 15, 2021, and May 10, 2021 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 600 pages of Bates labeled documents consisting of among other things investigative reports, FEMA records, documents obtained from third parties, and audio recordings of statements made by the defendant. All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying.  Some of this discovery is subject to a protective order, and therefore, can only be reviewed by defendant in the presence of a member of the defense team.

  b) Counsel for defendant desires additional time to consult with his client, to continue reviewing the discovery with Ms. Laughlin, to discuss potential resolutions, and to otherwise prepare for trial if this matter does not resolve.  In addition, defendant Laughlin has asked to review discovery with counsel in a face-to-face meeting, which defense counsel agrees is appropriate and necessary.  To date, the United States Federal Defender's Office in the Eastern District of California has prohibited its attorneys from meeting with clients in person due to the health risks posed by the COVID-19 pandemic, however, defendant and defense counsel anticipate that they will be able to meet in person in early April.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2021 to May 10, 2021 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 10, 2021  PHILLIP A. TALBERT
Acting United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  March 10, 2021  /s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
DEBORAH FRANCES LAUGHLIN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  March 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE