PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DEBORAH FRANCES LAUGHLIN,<br><br>                              Defendant. | CASE NO.  2:19-CR-00229 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 21, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 21, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until July 26, 2021 at 9:00 a.m., and to exclude time between June 21, 2021, and July 26, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 600 pages of Bates labeled documents consisting of among other things investigative reports, FEMA records, documents obtained from third parties, and audio recordings of statements made by the defendant.  All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying.  Some of this discovery is subject to a protective order, and therefore, can only be reviewed by defendant in the presence of a member of the defense team.

b)      Counsel for defendant requires additional time to consult and review discovery with the defendant, who requires in-person consultations, to discuss potential resolutions with his client, and to otherwise prepare for trial if this matter does not resolve.  In addition, defense counsel is scheduled for jury duty in Sacramento County Superior Court on June 21, 2021.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 21, 2021 to July 26, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 16, 2021                         PHILLIP A. TALBERT
                                              Acting United States Attorney


                                              /s/ SHELLEY D. WEGER
                                              _____
                                              SHELLEY D. WEGER
                                              Assistant United States Attorney


Dated:  June 16, 2021                         /s/ TIMOTHY ZINDEL (by Shelley
                                              Weger as authorized on June 16,
                                              2021)
                                              _____
                                              TIMOTHY ZINDEL
                                              Counsel for Defendant
                                              DEBORAH FRANCES LAUGHLIN


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.  Moreover, the ongoing COVID-19 pandemic has led to the suspension of jury trials in this district since March 17, 2020, and the General Orders of this court issued in connection with the pandemic allow for continuances and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with no further findings required.  General Orders 611, 612, 617, and 618.  Additionally, the April 16, 2020 Order of the Judicial Council of the Ninth Circuit suspended the time limits of 18 U.S.C. § 3161(c) due to a judicial emergency in this district until May 2, 2021.  See In re Approval of the Judicial Emergency Decl. in the E. Dist. of Cal., 956 F.3d 1175 (9th Cir. Judicial Council 2020).

Dated:  June 17, 2021      _____

                           WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE