PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00229 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DEBORAH FRANCES LAUGHLIN, | DATE: July 26, 2021 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 26, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until August 30, 2021 at 9:00 a.m., and to exclude time between July 26, 2021, and August 30, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 600 pages of Bates labeled documents consisting of among other things investigative reports, FEMA records, documents obtained from third parties, and audio recordings of statements made by the defendant. All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying.  Some of this discovery is subject to a protective order, and therefore, can only be reviewed by defendant in the presence of a member of the defense team.

b)      Defense counsel requires additional time to meet with the defendant in person to review discovery, discuss potential defenses and resolutions and to otherwise prepare for trial. Since mid-June the defendant has been admitted to the hospital on three occasions, with each admission lasting several days.  Consequently, defense counsel has been unable to meet with the defendant as planned.  Defense counsel has provided the government with medical records confirming these hospital stays.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2021 to August 30, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 20, 2021                                  PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                                        /s/ SHELLEY D. WEGER
                                                        _____
                                                        SHELLEY D. WEGER
                                                        Assistant United States Attorney

Dated:  July 20, 2021                                  /s/ TIMOTHY ZINDEL (by Shelley
                                                        Weger as authorized on July 20,
                                                        2021)
                                                        _____
                                                        TIMOTHY ZINDEL
                                                        Counsel for Defendant
                                                        DEBORAH FRANCES LAUGHLIN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  July 21, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE