PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00229 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DEBORAH FRANCES LAUGHLIN, | DATE: August 30, 2021 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 30, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until September 20, 2021 at 9:00 a.m., and to exclude time between August 30, 2021, and September 20, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 600 pages of Bates labeled documents consisting of among other things investigative reports, FEMA records, documents obtained from third parties, and audio recordings of statements made by the defendant. All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying.  Some of this discovery is subject to a protective order, and therefore, can only be reviewed by defendant in the presence of a member of the defense team.

b)      Defense counsel requires additional time to meet with the defendant in person to review details of the case, potential guidelines exposure, and a proposed resolution.  The defense may also provide additional information to the government that the defense believes may alter the proposed resolution.  The government may then need time to conduct follow up on this information.  The requested time is further necessary because defense counsel has been preparing for and in jury trial and will not be able to meet with his client in person until after its conclusion.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 30, 2021 to September 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

4.         Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 25, 2021                          PHILLIP A. TALBERT
                                               Acting United States Attorney


                                               /s/ SHELLEY D. WEGER
                                               SHELLEY D. WEGER
                                               Assistant United States Attorney


Dated:  August 25, 2021                          /s/ TIMOTHY ZINDEL
                                               TIMOTHY ZINDEL
                                             Counsel for Defendant
                                               DEBORAH FRANCES LAUGHLIN


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.


Dated:  August 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE