```
TIMOTHY ZINDEL, #158377
2121 Broadway
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DEBORAH LAUGHLIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-0229 WBS |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER RE** |
| vs. | ) **IN-PERSON SENTENCING** |
| | ) |
| DEBORAH LAUGHLIN, | ) |
| | ) Judge:   Hon. William B. Shubb |
| | ) Date:    May 16, 2022 |
| Defendant. | ) Time:    10:00 a.m. |
| | ) |

    Plaintiff, United States of America, and defendant, Deborah Laughlin, hereby stipulate and request that the hearing on Judgment and Sentencing scheduled for May 16, 2022 at 10:00 am, take place in person rather than by video-teleconference. Ms. Laughlin is out of custody on pretrial release and will be traveling from her residence.

/////

/////

/////

-1-

The parties join in asking the Court to hold the sentencing hearing in person, in open Court, and agree to follow all protocols the Court has set to reduce or eliminate exposure to Covid-19.

Respectfully Submitted,

Dated: April 26, 2022    /s/ Tim Zindel
                         TIMOTHY ZINDEL
                         Attorney for DEBORAH LAUGHLIN


                         PHILIP A. TALBERT
                         United States Attorney

Dated: April 26, 2022    /s/ T. Zindel for S. Weger
                         SHELLEY WEGER
                         Assistant U.S. Attorney

# O R D E R

The request for in-person Sentencing is GRANTED, and shall take place on May 16, 2022 at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE