PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00229 |
| Plaintiff, | ORDER ON THE UNITED STATES' REQUEST TO SEAL DOCUMENTS |
| v. | |
| DEBORAH FRANCES LAUGHLIN, | |
| Defendant. | |

Pursuant to Local Rule 141(b), the government has made a Request to Seal Attachment A to the United States' Response to Defendant's Sentencing Memorandum pertaining to defendant Deborah Laughlin, upon the ground that it contains information relating to defendant's medical condition and medications. However, it appears that such information has been discussed in detail in both the Presentence Report and the sentencing materials filed on behalf of defendant, none of which were filed under seal. Accordingly, considering the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), the court declines the government's request to seal.

IT IS SO ORDERED.

Dated: May 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

1